NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

BRIAN W. IRVIN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
brian.irvin@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Liron Ben Geno, and Flor Estevez, <br><br> Plaintiffs, <br><br> v. <br><br> Chad Wolf, et al., <br><br> Defendants. | Case No.: 2:20-cv-00719-JCM-BNW <br><br> **Stipulation For Extension of Time to File Answer to Plaintiff's Complaint (First Request)** |

Pursuant to Local Rule IA 6-1, the Federal Defendants request an extension of time to answer or otherwise respond to Plaintiff's Complaint in the Nature of Mandamus (ECF No. 1). Federal Defendant received a copy of the Complaint on April 29, 2020. Based on the date of service of the summons and complaint on the United States, the answer or other response is due by June 29, 2020. The Counsel for Plaintiff has graciously agreed to extend the time for filing an answer or other response by forty-five (45) days, or by August 12, 2020.

///

1  **WHEREFORE**, the Federal Defendants respectfully request that this stipulation be
2  granted and that the answer or other response to the Complaint be made due by **August**
3  **12, 2020**.

5  Respectfully submitted this 9th day of June 2020.

7  REZA ATHARI & ASSOCIATES

8  /s/ *Luther Snavely*
   LUTHER SNAVELY
9  3365 Pepper Lane, Suite 102
   Las Vegas, Nevada 89120

10 *Attorney for the Plaintiffs*

   NICHOLAS A. TRUTANICH
   United States Attorney

   /s/ *Brian Irvin*
   BRIAN W. IRVIN
   Assistant United States Attorney

   *Attorneys for the United States*

12 IT IS ORDERED that ECF No. 5 is DENIED without prejudice. Under LR IA 6-1 "[a] motion or stipulation to extend time must state the reasons for the extension requested...." Accordingly, the parties may refile their stipulation, stating the reason for the requested extension.

   IT IS SO ORDERED:

   _____
   **UNITED STATES DISTRICT JUDGE**
   **UNITED STATES MAGISTRATE JUDGE**

   DATED: 6/10/2020

2