NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

BRIAN W. IRVIN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
brian.irvin@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Liron Ben Geno, and Flor Estevez,<br><br>    Plaintiffs,<br><br>v.<br><br>Chad Wolf, et al.,<br><br>    Defendants. | Case No.: 2:20-cv-00719-JCM-BNW<br><br>**Stipulation For Extension of Time to File Answer to Plaintiff's Complaint (Second Request)** |

      Pursuant to Local Rule IA 6-1, the Federal Defendants request an extension of time to answer or otherwise respond to Plaintiff's Complaint in the Nature of Mandamus (ECF No. 1). Per the June 10, 2020 Order (ECF No. 6), the United States must answer or otherwise plead in response to the Complaint by August 12, 2020. Counsel for Plaintiff has graciously agreed to extend the time for filing an answer or other response by twenty-one (21) days, or by September 2, 2020.

//

//

//

1  **WHEREFORE**, the Federal Defendants respectfully request that this stipulation be
2  granted and that the answer or other response to the Complaint be made due by **September
3  2, 2020**.

5  Respectfully submitted this 11th day of August 2020.

REZA ATHARI & ASSOCIATES                NICHOLAS A. TRUTANICH
                                        United States Attorney

 /s/ Luther Snavely                      /s/ Brian Irvin
LUTHER SNAVELY                          BRIAN W. IRVIN
3365 Pepper Lane, Suite 102             Assistant United States Attorney
Las Vegas, Nevada 89120
                                        *Attorneys for the United States*
*Attorney for the Plaintiffs*

**IT IS SO ORDERED:**

_____
U.S. Magistrate Judge

DATED: August 13, 2020