NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

BRIAN W. IRVIN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
brian.irvin@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Liron Ben Geno, and Flor Estevez, <br><br> Plaintiffs, <br><br> v. <br><br> Chad Wolf, et al., <br><br> Defendants. | Case No.: 2:20-cv-00719-JCM-BNW <br><br> **Stipulation For Extension of Time to File Answer to Plaintiff's Complaint (Third Request)** |

    Pursuant to Local Rule IA 6-1, the Federal Defendants request an extension of time to answer or otherwise respond to Plaintiff's Complaint in the Nature of Mandamus (ECF No. 1). Per the last Court Order (ECF No. 8), the United States must answer or otherwise plead in response to the Complaint by September 2, 2020. Since the last Order was entered, USCIS approved the I-130 petition, and is considering the approval of the I-485, which would likely moot this matter. Accordingly, the parties request a 60-day extension for the time to answer or otherwise respond to the Complaint.

//

//

**WHEREFORE**, the Federal Defendants respectfully request that this stipulation be granted and that the answer or other response to the Complaint be made due by **November 2, 2020**.

Respectfully submitted this 2nd day of September 2020.

| | |
|---|---|
| REZA ATHARI & ASSOCIATES | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ *Luther Snavely*<br>LUTHER SNAVELY<br>3365 Pepper Lane, Suite 102<br>Las Vegas, Nevada 89120 | /s/ *Brian Irvin*<br>BRIAN W. IRVIN<br>Assistant United States Attorney |
| *Attorney for the Plaintiffs* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**
**UNITED STATES MAGISTRATE JUDGE**

DATED: September 3, 2020