<tbody>
<tr></tr>
</tbody>

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

BRIAN W. IRVIN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
brian.irvin@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Liron Ben Geno, and Flor Estevez,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Chad Wolf, et al.,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-00719-JCM-BNW<br><br>**Joint Stipulation and Order of Dismissal** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the above-entitled case shall be voluntarily dismissed with prejudice, and each party will bear its own costs and attorney's fees.

Respectfully submitted this 9th day of October 2020.

| | |
|---|---|
| REZA ATHARI & ASSOCIATES | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Luther Snavely<br>LUTHER SNAVELY<br>3365 Pepper Lane, Suite 102<br>Las Vegas, Nevada 89120 | /s/ Brian Irvin<br>BRIAN W. IRVIN<br>Assistant United States Attorney |
| *Attorney for the Plaintiffs* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 21, 2020